CIVIL ASSET FORFEITURE REFORM ACT  
NOTICE OF SEIZURE OF PROPERTY  
Date: ~~August 5, 2009~~ August 13, 2009

Adrian Dunn  
6573 Crisp Avenue   *Correction 6813 CRISP AVENUE*  
Raytown, Missouri 64133

Certified Mail: 7008 0600 0023 1783 2438  
Sent Certified and First Class Mail  
FP&F Case Number 2009 4501 000082 01

Dear Sir:

The records of this office indicate that you might have an interest in some of the property described below which was seized by Immigration and Customs Enforcement and is subject to forfeiture by Customs and Border Protection at Kansas City, Missouri on June 12, 2009:

$40,000 (Forty Thousand Dollars U.S. Currency)  
2004 BMW 760 LX, VIN WBAGN8484DK10824 Domestic Value $23,900.00  
2004 Cadillac Escapade, VIN 3GYFKF66N84G268451 Domestic Value $11,950.00  
2005 Chevrolet Corvette, VIN 1G14Y22U855128951 Domestic Value $26,900.00

*Arms Seiz From (illegible) House*

The property was seized and is subject to administrative forfeiture under the provisions of Title 21 United States Code Section 881, 841 and 846 in regards to the smuggling of narcotics in the United States.

The facts available to CBP indicate that you might have an interest in the seized property. The purpose of this letter is to advise you of the legal options available to you concerning this seizure. Important documents are attached to this letter. Please do not ignore them. Those documents are an "Election of Proceedings" form and a "Seized Asset Claim Form." You MUST check Box 1 or 3 and return the "Election of Proceedings" form if you wish to contest the forfeiture of the seized property. You may need to complete the "Seized Asset Claim Form," depending on how you complete the "Election of Proceedings" form.

Your legal options are as follows:

1. You may file a petition for relief from the seizure within 30 days from the date of this letter. The provision of title 19, United States Code, section 1618, and Part 171 of the Customs Regulations (19 CFR Part 171) allow you to do this. The petition need not be in any specific form, but it should include all the facts which you believe warrant relief from forfeiture. All petitions should be filed in duplicate and addressed to the FPF Officer at the above address. If you choose this option, you must check Box 1 on the "Election of Proceedings" form.

2. You may file an offer in compromise within 30 days from the date of this letter. The provisions of title 19, United States Code 1617, allow you to do this. The offer must specifically indicate that you are making it under the provisions of title 19, Untied States Code, section 1617. If you are offering

money in settlement of the case, you must include a cashier's check in the amount of your offer. CBP may ONLY consider the amount of your offer and will return the full offer if it is rejected. This option may serve to delay the case. If you choose this option you must check Box 1 on the "Election of Proceedings" form.

3. You may submit an offer to pay the full appraised domestic value of the seized property accompanied by that full payment or an irrevocable letter of credit. The provisions of title 19, United States Code, section 1614, and title 19, Code of Federal Regulations, section 162.44, allow you to do this. If CBP accepts your offer, the property will be immediately released and the payment or letter of credit will be substituted for the seized property. You may still submit a petition or offer in compromise as described above.

4. You may choose to do nothing. If you take no action, or if you check Box 2 on the "Election of Proceedings" form, CBP will seek to forfeit the property. CBP will immediately commence administrative forfeiture proceedings under the legal authority of title 19, United Sates Code (USC), section 1607, and title 19, Code of Federal Regulations (CFR), Part 162. In order to obtain administrative forfeiture, CBP must publish a notice of seizure and intent to forfeit in a newspaper of general circulation in the area in which the property was seized for three consecutive weeks or post the notice of seizure and intent to forfeit on a bulletin board in the area Port Office for twenty-one days. CBP will commence such publication or posting on or about one week after your 30 day reply period to respond to this notice lapses. You may request that this office publish the first notice sooner than the date above.

5. You may abandon the property. If you choose this option, please check Box 2 and sign and return the "Election of Proceedings" form.

6. You may choose to file a claim and have that claim referred to the United States Attorney for the commencement of a court forfeiture action. If you choose this option YOU MUST CHECK BOX 3 ON THE "ELECTION OF PROCEEDINGS" FORM AND YOU MUST FULLY COMPLETE THE ATTACHED "SEIZED ASSET CLAIM FORM." If you choose to file a claim directly in response to this letter, you must do so within 35 days of the date of this letter.

If you are a holder of a lien or security interest and you do not file a claim, you may avail yourself of any of the other options listed above, but no relief will be granted to you until after forfeiture unless your petition, offer or request is accompanied by an agreement to hold the United States, its officers and employees harmless, and a release from the registered owner and/or the person from whom the property was seized.

No matter which box you check on the "Election of Proceedings" form, you must also sign and return the form along with your petition, offer, or claim.

If you have any questions regarding this matter, please contact the below signed at the phone/fax printed above.

Sincerely,

Jaynie Zakibe
Fines, Penalties & Forfeitures Officer
Service Port of St. Louis, Missouri

# UNITED STATES CUSTOMS AND BORDER PROTECTION
## SEIZED ASSET CLAIM FORM

Name: Adrian Dunns Sr.  Seizure No: 2009450100008201
Address: 7630 Bellefountaine
Kansas City, MO. 64132  (IMPORTANT: BE SURE TO
Telephone No: (816) 363-7157  COMPLETE ALL PARTS BELOW)

As authorized by 18 U.S.C. 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

## PART I

List all items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, aircraft tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

2005 Chevrolet Corvette, VIN 1G14Y22U855128951
40,000 (Forty Thousand Dollars U.S. Currency) Correction! ~~47,000~~

## PART II ~~[redacted]~~

State your interest in each item of property listed above. Provide any documents that support your claim of interest such as titles, registrations, bills of sale, receipts, and so forth. Attach additional sheets of paper if more space is needed.

Because it's my car, and my lawyer Patrick Peters has the proof that it was seized and not in my procession, and that the Forty Thousand Dollars U.S. Currency was seized in the trunk of my 1994 Chevy Caprice VIN IN4724J212607 at the resident of 8717 Kentuck Kansas City Mo 64134

Adrian Dunns Sr.          8-21-09
Name (Print)              Date

Adrian Dunns Sr.
Signature

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO
PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE
BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.

# ELECTION OF PROCEEDINGS
## CAFRA FORM AF

NOTE: THIS FORM MUST BE COMPLETED AND RETURNED WITH YOUR PETITION OR OFFER. IF YOU DO NOT COMPLETE AND RETURN THIS FORM, CUSTOMS AND BORDER PROTECTION (CBP) SHALL PROCEED TO FORFEIT THE PROPERTY ADMINISTRATIVELY, REGARDLESS OF WHETHER YOU FILE A PETITION OR OFFER.

TO: FINES, PENALTIES AND FORFEITURES OFFICER:

I understand that property in which I have an interest has been seized by CBP under Case No. 2009450100008201.

Check ONLY ONE (1) of the following choices:

1. [X] I REQUEST THAT CBP DELAY FORFEITURE PROCEEDINGS AND CONSIDER MY PETITION OR OFFER ADMINISTRATIVELY. My petition or offer is attached. By making this request, I understand that I am giving up my right for the immediate commencement of administrative forfeiture proceedings, as provided under Title 19, United States Code (USC), section 1607 and Title 19, Code of Federal Regulations (CFR), Part 162. If administrative forfeiture has begun, it will be stopped until my petition or offer is considered. However, I understand that *at any time* I can request, in writing, that CBP begin administrative forfeiture proceedings and CBP will continue to consider my petition or offer. I also understand that *at any time* I can file a claim with CBP (as described in Box 3 below) and CBP's consideration of my petition or offer will stop and the case will be sent to the U.S. Attorney for court action.

2. [ ] I ABANDON THE PROPERTY AND I REQUEST THAT CBP BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY. Please immediately begin publication of the notice of seizure and intent to forfeit. I abandon any claim or interest in the property.

3. [ ] I REQUEST THAT CBP SEND MY CASE FOR COURT ACTION. Please immediately send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a SEIZED ASSET CLAIM FORM as required by law. I understand that if I have not fully completed this form, CBP will treat my submission as a petition for relief under Box 1 described above.

_Adrian Dunn Sr._       _8-21-09_
Signature      Date

_Adrian Dunn Sr._
Printed Name



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7000 0600 0023 1783 2438

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Marian Dunn
Street, Apt. No.; or PO Box No.
6543 Crisp Ave
City, State, ZIP+4
Raytown MO 64133

PS Form 3800, February 2000 — See Reverse for Instructions

*Wrong address*

Notice of seizure  9009 4501 0000 8201

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Aarion Nunn
   6573 Crisp ave
   Raytown MO
   64133

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

C. Signature
X                                           ☐ Agent
                                            ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7000 0600 0023 1783 2428

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

Wrong Address

Phone: (314) 428-2662 ext. 207
FAX: (314) 428-2975

77 Woodson Road, Suite 200
St. Louis, MO 63134

CIVIL ASSET FORFEITURE REFORM ACT
NOTICE OF SEIZURE OF PROPERTY

**U.S. Customs and Border Protection**

Date: August 13, 2009

Adrian Dunn
6813 Crisp
Raytown, Missouri 64133

Certified Mail: 7008 0150 0003 1439 8683
Sent Certified and First Class Mail
FP&F Case Number 2009 4501 000081 01

Dear Sir:

The records of this office indicate that you might have an interest in some of the property described below which was seized by Immigration and Customs Enforcement and is subject to forfeiture by Customs and Border Protection at Kansas City, Missouri on June 12, 2009:

$1,709.00 (One Thousand Seven Hundred Nine Dollars) U.S. Currency
1974 Chevy Caprice IN47R4J212607, Domestic Value $2,125.00
1975 Chevy Impala IL69H5J152475, Domestic Value $1,525.00
2004 GMC Yukon 1GKEC13VGSR163592, Domestic Value $10,900.00

The property was seized and is subject to administrative forfeiture under the provisions of Title 21 United States Code Section 881, 841 and 846 in regards to the smuggling of narcotics in the United States.

The facts available to CBP indicate that you might have an interest in the seized property. The purpose of this letter is to advise you of the legal options available to you concerning this seizure. Important documents are attached to this letter. Please do not ignore them. Those documents are an "Election of Proceedings" form and a "Seized Asset Claim Form." You MUST check Box 1 or 3 and return the "Election of Proceedings" form if you wish to contest the forfeiture of the seized property. You may need to complete the "Seized Asset Claim Form," depending on how you complete the "Election of Proceedings" form.

Your legal options are as follows:

1. You may file a petition for relief from the seizure within 30 days from the date of this letter. The provision of title 19, United States Code, section 1618, and Part 171 of the Customs Regulations (19 CFR Part 171) allow you to do this. The petition need not be in any specific form, but it should include all the facts which you believe warrant relief from forfeiture. All petitions should be filed in duplicate and addressed to the FPF Officer at the above address. If you choose this option, you must check Box 1 on the "Election of Proceedings" form.

2. You may file an offer in compromise within 30 days from the date of this letter. The provisions of title 19, United States Code 1617, allow you to do this. The offer must specifically indicate that you are making it under the provisions of title 19, Untied States Code, section 1617. If you are offering

money in settlement of the case, you must include a cashier's check in the amount of your offer. CBP may ONLY consider the amount of your offer and will return the full offer if it is rejected. This option may serve to delay the case. If you choose this option you must check Box 1 on the "Election of Proceedings" form.

3. You may submit an offer to pay the full appraised domestic value of the seized property accompanied by that full payment or an irrevocable letter of credit. The provisions of title 19, United States Code, section 1614, and title 19, Code of Federal Regulations, section 162.44, allow you to do this. If CBP accepts your offer, the property will be immediately released and the payment or letter of credit will be substituted for the seized property. You may still submit a petition or offer in compromise as described above.

4. You may choose to do nothing. If you take no action, or if you check Box 2 on the "Election of Proceedings" form, CBP will seek to forfeit the property. CBP will immediately commence administrative forfeiture proceedings under the legal authority of title 19, United Sates Code (USC), section 1607, and title 19, Code of Federal Regulations (CFR), Part 162. In order to obtain administrative forfeiture, CBP must publish a notice of seizure and intent to forfeit in a newspaper of general circulation in the area in which the property was seized for three consecutive weeks or post the notice of seizure and intent to forfeit on a bulletin board in the area Port Office for twenty-one days. CBP will commence such publication or posting on or about one week after your 30 day reply period to respond to this notice lapses. You may request that this office publish the first notice sooner than the date above.

5. You may abandon the property. If you choose this option, please check Box 2 and sign and return the "Election of Proceedings" form.

6. You may choose to file a claim and have that claim referred to the United States Attorney for the commencement of a court forfeiture action. If you choose this option YOU MUST CHECK BOX 3 ON THE "ELECTION OF PROCEEDINGS" FORM AND YOU MUST FULLY COMPLETE THE ATTACHED "SEIZED ASSET CLAIM FORM." If you choose to file a claim directly in response to this letter, you must do so within 35 days of the date of this letter.

If you are a holder of a lien or security interest and you do not file a claim, you may avail yourself of any of the other options listed above, but no relief will be granted to you until after forfeiture unless your petition, offer or request is accompanied by an agreement to hold the United States, its officers and employees harmless, and a release from the registered owner and/or the person from whom the property was seized.

No matter which box you check on the "Election of Proceedings" form, you must also sign and return the form along with your petition, offer, or claim.

If you have any questions regarding this matter, please contact the below signed at the phone/fax printed above.

Sincerely,

Jaynie Zakibe
Fines, Penalties & Forfeitures Officer
Service Port of St. Louis, Missouri

# ELECTION OF PROCEEDINGS
## CAFRA FORM AF

NOTE: THIS FORM MUST BE COMPLETED AND RETURNED WITH YOUR PETITION OR OFFER. IF YOU DO NOT COMPLETE AND RETURN THIS FORM, CUSTOMS AND BORDER PROTECTION (CBP) SHALL PROCEED TO FORFEIT THE PROPERTY ADMINISTRATIVELY, REGARDLESS OF WHETHER YOU FILE A PETITION OR OFFER.

TO: FINES, PENALTIES AND FORFEITURES OFFICER:

I understand that property in which I have an interest has been seized by CBP under Case No. 2009 4501 000081 01 .

Check ONLY ONE (1) of the following choices:

1. [X] I REQUEST THAT CBP DELAY FORFEITURE PROCEEDINGS AND CONSIDER MY PETITION OR OFFER ADMINISTRATIVELY. My petition or offer is attached. By making this request, I understand that I am giving up my right for the immediate commencement of administrative forfeiture proceedings, as provided under Title 19, United States Code (USC), section 1607 and Title 19, Code of Federal Regulations (CFR), Part 162. If administrative forfeiture has begun, it will be stopped until my petition or offer is considered. However, I understand that *at any time* I can request, in writing, that CBP begin administrative forfeiture proceedings and CBP will continue to consider my petition or offer. I also understand that *at any time* I can file a claim with CBP (as described in Box 3 below) and CBP's consideration of my petition or offer will stop and the case will be sent to the U.S. Attorney for court action.

2. [ ] I ABANDON THE PROPERTY AND I REQUEST THAT CBP BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY. Please immediately begin publication of the notice of seizure and intent to forfeit. I abandon any claim or interest in the property.

3. [ ] I REQUEST THAT CBP SEND MY CASE FOR COURT ACTION. Please immediately send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a SEIZED ASSET CLAIM FORM as required by law. I understand that if I have not fully completed this form, CBP will treat my submission as a petition for relief under Box 1 described above.

_Adrian Dunn Sr._  
Signature

_8-21-09_  
Date

_Adrian Dunn SR._  
Printed Name

# UNITED STATES CUSTOMS AND BORDER PROTECTION
## SEIZED ASSET CLAIM FORM

Name: Adrian Dunn  
Address: 7630 Bellefountaine  
Kansas City, MO 64132  
Telephone No: (816) 363-7157

Seizure No: 2009450100008101

(IMPORTANT: BE SURE TO COMPLETE ALL PARTS BELOW)

As authorized by 18 U.S.C. 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

### PART I

List all items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, aircraft tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

1974 Chevy Caprice (VIN 1N47R4J212607)

### PART II

State your interest in each item of property listed above. Provide any documents that support your claim of interest such as titles, registrations, bills of sale, receipts, and so forth. Attach additional sheets of paper if more space is needed. BECAUSE it's my car and my lawyer Patrick Peter has the proof that it was seized for no apparent reason and he has the title, registration and so forth if needed.

Adrian Dunn Sr.  
Name (Print)

8-21-09  
Date

Adrian Dunn Sr.  
Signature

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.