4477 Woodson Rd, Room 200
St. Louis, MO 63134



**U.S. Customs and Border Protection**

(314) 428-2662 x 207
FAX (314) 428-2975

Adrian L. Dunn, Sr.
Bates County Jail
P.O. Box 60
Butler, Missouri 64730

RE: 2009 4501 000081 01

Dear Mr. Dunn:

I am the Fines, Penalties & Forfeitures officer for the Department of Homeland Security here in St. Louis. My job is to monitor administrative forfeiture of property that has been seized by Officers and Agents of the department.

I will answer you petition as best I can, within the scope of my job. You will have to contact the case agent for any other concerns you have. If you have retained a new lawyer, please tell him or her that they are free to call me at anytime.

In regards to the $41,000 and the Caprice, yes, there was probable cause for search and seizure at that address. I have to know that because if we do not have probable cause to seize an item, we violate your civil rights. It's my responsibility to make sure that doesn't happen. Please note that these two items are referenced under the case number above, and if you have further questions about them, please include the case number.

Your petition for these items was denied because the case went to the AUSA for indictment. I cannot do anything at this point with those items until the AUSAs case plays out. I will respond to your petition once that happens. In the meantime the money is in a holding account and the Caprice is being stored in a safe place.

I do not have any information about your Corvette at this time. I need to know the case number it was seized under in order to locate it. Therefore, I really cannot accurately address it with you. However, the scenario is probably the same. If you can get the correct FP&F case number, I'd be happy to give you more information.

I really don't believe that your rights have been violated regarding the seizure of your property; our federal agents know the rules and in the years I have been doing this I have not yet seen them fail in that procedure. I am not saying other things may not be right, I'm only attesting that the seizure of the $41,000 and the Caprice were legally accomplished.

Again, as soon as the AUSA is finished with the case, we will respond to your original petition. I apologize for the length of time that is taking, but obviously you can see that I respond as soon as possible to any letters sent to me; and I hope you realize I have nothing else to do with the process.

Best of Luck,


Jaynie Zakibe
Fines, Penalties & Forfeitures Officer

**U.S. Customs and Border Protection**

4477 WOODSON ROAD, SUITE 200
ST LOUIS, MO 63134

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

047J00740263
$00.440
Mailed From 09/02/2010 63134
US POSTAGE
neopost

US OFFICIAL MAIL
$300 Penalty
For Private Use