

U.S. CUSTOMS AND BORDER PROTECTION
Department of Homeland Security
4477 Woodson Road, Suite 200
St. Louis, MO 63134
(314) 428-2662 EXT. 207
FAX: (314) 428-2975

Date: September 17, 2010

Adrian L. Dunn Sr.
Bates County Jail
P.O. Box 60
Butler, Missouri 64730

RE: 2005 Corvette, Case 2009 4501 000082 01

Dear Mr. Dunn:

Thank you for your letter dated September 14, 2010, which I received today. I was able (with the help of my seized property specialist) to find the case number you need when corresponding with us (CBP) about this case. It is 2009 4501 000082 01.

Our file indicates that a notice of seizure was sent to you and that you responded with a petition. The items seized were indicted by the U.S. Attorney's Office, therefore we responded to your petition, through your lawyer, that your petition was denied and that you had thirty days to respond. No further correspondence was received.

Administrative forfeiture of the vehicle was therefore continued and completed. Upon forfeiture, the government sold the vehicle at auction.

Please feel free to have your lawyer contact me about the forfeiture of your property. If you have questions about the validity of the seizure itself, you will have to contact the US Attorney's office or the seizing agent—I'm sure your lawyer will know how to handle that side of the issue.

Best of luck,

Jaynie Zakibe
Fines, Penalties & Forfeitures Officer