21571-045
Adrian Dunn Sr.
Federal Correctional INS. Oakdale
PO BOX 5000
Oakdale, LA 71463
United States

CERT

RECEIVED
2016 FEB 27  PM 12: 51
CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO



21571-045
U S Courthouse
400 E 9TH ST
Court OF Clerk ROOM 1510
Kansas CITY, MO 64106
United States