```
MIME-Version:1.0
From:ecfMOW.notification@mow.uscourts.gov
To:cmecf_atynotifications@mow.uscourts.gov
Bcc:
--Case Participants: Lisa G. Nouri (lisanouri_atty@hotmail.com), James L. Spies
(jlspies@att.net), Charles Lamb (lawyerlamb@sbcglobal.net), Patrick D. Daly
(caseview.ecf@usdoj.gov, patrick.daly@usdoj.gov, usamow.ecfcybercrimes@usdoj.gov), Carie
Allen (carie_allen@fd.org), Christopher Michael Brennan (chris.notguilty@gmail.com), David
A. Kelly (dave@mokanlegal.com), Sean W Pickett (dad@kclawoffice.com, swp@kclawoffice.com),
Joseph M. Marquez (caseview.ecf@usdoj.gov, joseph.marquez@usdoj.gov,
usamow.ecfcybercrimes@usdoj.gov, usamow.ecfnvc@usdoj.gov), Phillip R. Gibson
(phil0704@aol.com), James E. Ewan (james.ewan@mehkpclaw.com), Jon W. Gilchrist
(jwg@paynejones.com), James C. Bohling (caseview.ecf@usdoj.gov, curt.bohling@usdoj.gov,
erica.curp@usdoj.gov, julie.trzok@usdoj.gov, susan.welsh@usdoj.gov), David E. Pettyjohn
(lamadave50@hotmail.com), Patrick James O'Connor (jprine@wcllp.com, pjoconnor@wcllp.com),
Susan M Hunt (shunt5733@aol.com), Lajuana M. Counts (caseview.ecf@usdoj.gov,
lajuana.counts@usdoj.gov, teri.morris@usdoj.gov), Cheryl Ann Pilate
(cpilate@morganpilate.com, ecrawford@morganpilate.com, mtestrake@morganpilate.com),
Christine M. Blegen (christine@blegenlawfirm.com), FPD (belinda_bye@fd.org,
chris_kee@fd.org, terri_newell@fd.org), Brent Venneman (brent.venneman@usdoj.gov,
caseview.ecf@usdoj.gov, usamow.ecfnvc@usdoj.gov), Stephen C Moss (steve_moss@fd.org),
District Judge Brian C. Wimes (shelly_mcdowell@mow.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<5384045@mow.uscourts.gov>
Subject:Activity in Case 4:09-cr-00188-BCW USA v. Corredor et al Order on motion for order
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Western District of Missouri

### Notice of Electronic Filing

The following transaction was entered on 5/23/2016 at 1:07 PM CDT and filed on 5/23/2016

**Case Name:** USA v. Corredor et al
**Case Number:** [4:09-cr-00188-BCW](4:09-cr-00188-BCW)
**Filer:**
**Document Number:** 903(No document attached)

### Docket Text:
**ORDER GRANTING [874] Motion to Assign a Civil Case Number to Adrian Dunn's Motion to Set Aside Customs and Border Protection Forfeiture proceeding. The Government is granted 60 days in which to respond to Dunn's [872] Motion to Set Aside Forfeiture. Dunn's [875] Motion for Default Judgment pursuant to Rule 55 is DENIED. Dunn's [891] Motion for an Order Assigning a Civil Case Number and Defendant's Response [895] is DENIED AS MOOT. Signed on 05/23/16 by District Judge Brian C. Wimes. Copy of this text Order mailed to Adrian Dunn,**

**No. 21571-045, RCC Forrest City (LOW), P.O. Box 9000, Forrest City, AR 72336 This is a TEXT ONLY ENTRY. No document is attached. (McDowell, Shelly)**

**4:09-cr-00188-BCW-4 Notice has been electronically mailed to:**

James C. Bohling    curt.bohling@usdoj.gov, CaseView.ECF@usdoj.gov, erica.curp@usdoj.gov, julie.trzok@usdoj.gov, susan.welsh@usdoj.gov

David A. Kelly    dave@mokanlegal.com

Christine M. Blegen    christine@blegenlawfirm.com

Lajuana M. Counts    lajuana.counts@usdoj.gov, CaseView.ECF@usdoj.gov, teri.morris@usdoj.gov

Cheryl Ann Pilate    cpilate@morganpilate.com, ecrawford@morganpilate.com, mtestrake@morganpilate.com

Susan M Hunt    shunt5733@aol.com

Sean W Pickett    swp@kclawoffice.com, dad@kclawoffice.com

Stephen C Moss    steve_moss@fd.org

James E. Ewan    james.ewan@mehkpclaw.com

Lisa G. Nouri    lisanouri_atty@hotmail.com

Jon W. Gilchrist    jwg@paynejones.com

David E. Pettyjohn    lamadave50@hotmail.com

Joseph M. Marquez    joseph.marquez@usdoj.gov, CaseView.ECF@usdoj.gov, USAMOW.ECFNVC@usdoj.gov

Phillip R. Gibson    phil0704@aol.com

FPD    belinda_bye@fd.org, chris_kee@fd.org, terri_newell@fd.org

Charles Lamb    lawyerlamb@sbcglobal.net

Christopher Michael Brennan    chris.notguilty@gmail.com

Patrick D. Daly    patrick.daly@usdoj.gov, CaseView.ECF@usdoj.gov, usamow.ecfcybercrimes@usdoj.gov

Patrick James O'Connor    pjoconnor@wcllp.com, jprine@wcllp.com

James L. Spies    jlspies@att.net

Brent Venneman    brent.venneman@usdoj.gov, CaseView.ECF@usdoj.gov, USAMOW.ECFNVC@usdoj.gov

Carie Allen    Carie_Allen@fd.org

Case 4:16-cv-00493-BCW    Document 1-7    Filed 05/23/16    Page 2 of 3

2 of 3	5/31/2016 10:01 AM

**4:09-cr-00188-BCW-4 It is the filer's responsibility for noticing the following parties by other means:**

Ronald E. Partee
Fox & Partee
606 West 39th ST
Kansas City, MO 64111

Case 4:16-cv-00493-BCW   Document 1-7   Filed 05/23/16   Page 3 of 3

3 of 3											5/31/2016 10:01 AM