⇔21571-045⇔
Adrian Dunn Sr.
Federal Correctional Complex (Low)
P O BOX 9000- LOW
Forrest CITY, AR 72336
United States

FEDERAL CORRECTIONAL INSTITUTION MEDIUM
DATE 6-3-16
"THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR
FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE
FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS."

⇔21571-045⇔
U S Courthouse
400 E 9TH ST
Court Of Clerk ROOM 1510
Kansas CITY, MO 64106
United States

RECEIVED
2016 JUN 20 PM 1:33
CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

MEMPHIS PRDC 381
FRI 03 JUN 2016 PM


