# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ADRIAN DUNN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-0493-CV-W-NKL |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Because Plaintiff has not yet corrected the defects set forth in this Court's June 24, 2016, Order, it is **ORDERED** that Plaintiff's motion for judgment on the pleadings (Doc. 3) is denied as premature.

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
UNITED STATES DISTRICT JUDGE

Jefferson City, Missouri,

Dated: June 28, 2016.