# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ADRIAN DUNN, | ) |
| Plaintiff, | ) )  |
| vs. | ) Case No. 16-0493-CV-W-BCW ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

## ORDER DISMISSING CASE

This Court's June 24, 2016, Order directed Plaintiff to either pay the $350.00 filing fee or submit a request to proceed *in forma pauperis* with an affidavit of poverty in support thereof, and advised that failure to do so would result in dismissal of this case without further notice. Doc. 2. Although Plaintiff was allowed until July 15, 2016, to comply, as of the date of this Order, Plaintiff has neither paid the filing fee nor submitted a request to proceed *in forma pauperis*.

Because Plaintiff has failed to pay the pay the filing fee or otherwise seek leave to proceed *in forma pauperis*, it is **ORDERED** that this case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with this Court's Order. Any motion to reopen this case must be filed on or before August 8, 2016, and must be accompanied by either the $350.00 filing fee or a request to proceed *in forma pauperis* with an affidavit of poverty in support thereof.

/s/ Brian C. Wimes
BRIAN C. WIMES
UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,

Dated: July 25, 2016.