# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

_____

### JUDGMENT IN A CIVIL CASE

Adrian Dunn,

    Plaintiff,

**V.**　　　　　　　　　　　　　　　　Case No. 16-0493-CV-W-BCW

United States of America,

    Defendants.

☐    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: ORDERED that this case is dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and for failure to comply with this Court's Order. Any motion to reopen this case must be filed on or before August 8, 2016, and must be accompanied by either the $350.00 filing fee or a request to proceed in forma pauperis with an affidavit of poverty in support thereof.

Entered on: <u>July 25, 2016.</u>

                                                    PAIGE WYMORE-WYNN
                                                   CLERK OF COURT

                                                   <u>/s/ C. Thoennes</u>
                                                   (By) Deputy Clerk