# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ADRIAN DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-0493-CV-W-BCW |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER REOPENING CASE AND
## DIRECTING DEFENDANT TO ANSWER OR OTHERWISE RESPOND

Plaintiff, who is incarcerated at the FCI Forrest City Low in Forrest City, Arkansas, has filed *pro se* this civil action pursuant to 18 U.S.C. § 983(e), wherein he requests that this Court set aside certain administrative forfeiture actions by the United States Department of Homeland Security. Doc. 1. Plaintiff's complaint was originally filed as a motion in his criminal case, Case No. 09-CR-00188-4-BCW (Doc. 872). On May 23, 2016, this Court entered an order in that case directing Plaintiff's motion to be filed as a separate civil case. Although this case was dismissed on July 25, 2016, due to Plaintiff's failure to either pay the filing fee or request leave to proceed *in forma pauperis*, the Court received payment of the $350.00 filing later that day. As a result, this case will be reopened, and Defendant will be directed to answer or otherwise respond to Plaintiff's complaint.

Accordingly, it is **ORDERED** that:

(1) this case is reopened;

(2) within 30 days from the date of this Order, Defendants notify the Court in writing as to whether they will or will not waive service of process on Defendant United States of America; and

(3) Defendant answer or otherwise respond, pursuant to Fed. R. Civ. P. 4 and 12, within 60 days from the date of this Order if service of process is waived, or within 21 days after service of process if service of process is not waived.

      /s/ Brian C. Wimes
      BRIAN C. WIMES
      UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,

Dated: July 26, 2016.