Adrian L. Dunn Sr. #21571-045
Federal Correctional Complex (Low)
P.O. Box 9000 - LOW
Forrest City, AR 72336
Case No. 16-0493-CV-W-NKL-P

July 19, 2016

To the Courts Clerk:

I am writing in regard to the above Civil Case Number. My Court Fee was due on July 15, 2016. I sent the 350.00 Court Fee for the above Civil Case Number on July 6, 2016 through a BP 199 Request from the above address. I'm writing so that I will not be penalized nor my motion denied due to the check being late if that is the case. I had my Mother Renee Dunn, come to the Court House to get a receipt for the 350.00 Court Fee that was released on July 6, 2016, and my mother Renee Dunn, was told that it had not made it there, which was on Friday July 15, 2016 the date that the Fee was due. I'm attaching a Inmate Statement showing the date and amount that was released. Thank you!

Sincerely,

Adrian L. Dunn Sr.

# Inmate Statement



| | |
|---|---|
| Inmate Reg #: | 21571045 |
| Inmate Name: | DUNN, ADRIAN |
| Report Date: | 07/16/2016 |
| Report Time: | 3:11:00 PM |
| Current Institution: | Forrest City - FCC |
| Housing Unit: | FOR-W-D |
| Living Quarters: | W13-103U |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| FOR | 7/16/2016 10:46:21 AM | TFN0716 | | | Phone Withdrawal | ($5.00) | | $660.28 |
| FOR | 7/15/2016 1:04:35 PM | TFN0715 | | | Phone Withdrawal | ($5.00) | | $665.28 |
| FOR | 7/13/2016 2:45:21 PM | TFN0713 | | | Phone Withdrawal | ($4.00) | | $670.28 |
| FOR | 7/13/2016 12:38:05 PM | TL0713 | | | TRUL Withdrawal | ($5.00) | | $674.28 |
| FOR | 7/12/2016 2:19:37 PM | TL0712 | | | TRUL Withdrawal | ($5.00) | | $679.28 |
| FOR | 7/12/2016 1:17:00 PM | 138 | | | Sales | ($124.75) | | $684.28 |
| FOR | 7/11/2016 4:03:54 PM | 33316193 | | | Western Union | $50.00 | | $809.03 |
| FOR | 7/11/2016 3:33:26 PM | TFN0711 | | | Phone Withdrawal | ($5.00) | | $759.03 |
| FOR | 7/9/2016 5:03:46 PM | TL0709 | | | TRUL Withdrawal | $0.40 | | $764.03 |
| FOR | 7/9/2016 3:51:22 PM | TL0709 | | | TRUL Withdrawal | ($5.00) | | $763.63 |
| FOR | 7/9/2016 2:31:12 PM | TFN0709 | | | Phone Withdrawal | ($5.00) | | $768.63 |
| FOR | 7/6/2016 6:36:39 PM | TL0706 | | | TRUL Withdrawal | ($5.00) | | $773.63 |
| FOR | 7/6/2016 11:20:59 AM | 5164 | | | BP 199 Request - Released | | $350.00 | -------- |
| FOR | 7/6/2016 11:20:59 AM | 5164 | | 1997 | Court Fees | ($350.00) | | $778.63 |
| FOR | 7/6/2016 10:48:33 AM | TFN0706 | | | Phone Withdrawal | ($5.00) | | $1,128.63 |
| FOR | 7/5/2016 8:04:13 PM | 33316187 | | | Western Union | $50.00 | | $1,133.63 |
| FOR | 7/5/2016 8:04:11 PM | 33316187 | | | Western Union | $50.00 | | $1,083.63 |
| FOR | 7/5/2016 5:21:46 PM | TFN0705 | | | Phone Withdrawal | ($5.00) | | $1,033.63 |
| FOR | 7/5/2016 2:01:36 PM | TFN0705 | | | Phone Withdrawal | ($5.00) | | $1,038.63 |
| FOR | 7/5/2016 12:10:20 PM | 131 | | | Sales | ($171.38) | | $1,043.63 |
| FOR | 7/4/2016 10:39:03 PM | TL0704 | | | TRUL Withdrawal | ($5.00) | | $1,215.01 |
| FOR | 7/4/2016 2:32:48 PM | TFN0704 | | | Phone Withdrawal | ($5.00) | | $1,220.01 |
| FOR | 7/4/2016 12:23:02 PM | TFN0704 | | | Phone Withdrawal | ($5.00) | | $1,225.01 |
| FOR | 7/2/2016 9:50:42 PM | TL072016 | | | Pre-Release Transaction | | ($500.00) | -------- |
| FOR | 7/2/2016 7:58:35 PM | TL0702 | | | TRUL Withdrawal | ($5.00) | | $1,230.01 |
| FOR | 7/2/2016 6:40:05 PM | TL0702 | | | TRUL Withdrawal | ($5.00) | | $1,235.01 |
| FOR | 7/1/2016 10:17:14 PM | 5164 | | | BP 199 Request | | ($350.00) | -------- |
| FOR | 7/1/2016 9:15:07 PM | TL0701 | | | TRUL Withdrawal | ($5.00) | | $1,240.01 |
| FOR | 7/1/2016 8:04:10 PM | 33316183 | | | Western Union | $300.00 | | $1,245.01 |
| FOR | 7/1/2016 8:04:09 PM | 33316183 | | | Western Union | $300.00 | | $945.01 |
| FOR | 7/1/2016 8:04:07 PM | 33316183 | | | Western Union | $300.00 | | $645.01 |
| FOR | | TL0701 | | | TRUL Withdrawal | ($2.00) | | $345.01 |

⇔21571-045⇔
Adrian Dunn Sr.
Federal Correctional Complex (Low)
P O BOX 9000-LOW
Forrest CITY, AR 72336
United States

MEMPHIS TN 380
20 JUL 2016 PM 3 L

64106-260785

⇔21571-045⇔
U S Courthouse
400 E 9TH ST
Court OF Clerk ROOM 1510
Kansas CITY, MO 64106
United States

