IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Adrian L. Dunn**, <br><br> Plaintiff; <br><br> v. <br><br> **United States of America,** <br><br> Defendant. | Civil No. 16-CV-0493-BCW |

**UNITED STATES' STATEMENT WAIVING SERVICE OF PROCESS**

The United States of America, by the United States Attorney for the Western District of Missouri, and James Curt Bohling, Chief, Monetary Penalties Unit, provides this notification in writing, as directed by the Court's Order dated July 26, 2016 (Doc. 8), that the United States will and does waive service of process in the above-captioned case.

                                            Respectfully submitted,

                                            Tammy Dickinson
                                            United States Attorney

                      By    */s/ James Curt Bohling*

                                            James Curt Bohling, #54574
                                            Chief, Monetary Penalties Unit
                                            Assistant United States Attorney
                                            400 E. 9th Street, Fifth Floor
                                            Kansas City, Missouri 64106
                                            Telephone:  (816) 426-7173

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2016, the foregoing motion was served by mail upon:

>Adrian L. Dunn
>#21571-045
>Federal Correctional Complex (Low)
>P.O. Box 9000 – LOW
>Forrest City, AR  72336

>*/s/ James Curt Bohling*
>James Curt Bohling
>Assistant United States Attorney