September 12, 2016

From:    Adrian L. Dunn
Reg. No. 21571-045
F.C.C. Forrest City (Low)
P.O. Box 9000
Forrest City, AR 72335

To:    Office of the Clerk
United States District Court
Western District of Missouri (Western Division)
400 East 9th Street, Rm 1510
Kansas City, Missouri 64106

Re: Adrian L. Dunn v. United States, Case No. 4:16-CV-00493-BCW
Status Letter, 18 U.S.C. § 983(e) Set Aside Declaration of Forfeiture Motion

Clerk of the Court:

    Please accept the instant letter as a status letter informing this Honorable Court that the Government has defaulted on the August 9, 2016, Court Order. The Order instructs the Defendant--United States of America, to answer the Summons submitted on behalf of the Plaintiff on or by August 30, 2016.

    To date, the Plaintiff has not received anything in regards to the Summons or an answer to the Complaint attached to the Summons, from the Government or any Agency listed within the Motion to Set Aside Declaration of Forfeiture pursuant to 18 U.S.C. § 983(e).

    Please send your response to the address listed above. Thank you in advance for your time and courtesies in this matter.

Sincerely,

*Adrian L. Dunn Jr.*

Adrian L. Dunn, Reg. No. 21571-045

# CERTIFICATE OF SERVICE

I, Adrian L. Dunn, hereby certify under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have served a true and correct copy of the foregoing: STATUS LETTER, by depositing same in the institutional mail system designated for legal mail to the court whose address is listed below:

> Office of the Clerk
> United States District Court
> Western District of Missouri (Western Division)
> 400 East 9th Street, Rm 1510
> Kansas City, Missouri 64106

placed in a prepaid envelope, which is deemed filed on the date listed below and governed under the strictures provided in **Houston v. Lack,** 487 U.S. 266, 276, 108 S. Ct. 2379 (1988).

Date:     September 12, 2016.                    *Adrian L. Dunn Sr.*

                                                 Adrian L. Dunn, Reg. No. 21571-045

⇔21571-045 ⇔
Adrian Dunn Sr.
Federal Correctional Complex (Low)
P O BOX 9000- LOW
Forrest CITY, AR 72336
United States

FEDERAL CORRECTIONAL INSTITUTION MEDIUM

DATE 9-12-16
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER
WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR
FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE
FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS."

NS A 21571-045 ⇔
U S Courthouse
400 E 9TH ST
Court OF Clerk ROOM 1510
Kansas CITY, MO 64106
United States

64106-260785