# EXHIBIT 1-A

**From:** ███
**Sent:** Monday, November 30, 2009 11:29 AM
**To:** ███
**Cc:** ███
**Subject:** FW: 2009 4501 0000081 01
**Attachments:** ███

*[Handwritten notes: "indictment for this" / "Price is Indi Adrian Dunn" / "don't see Yukon or 1709 W" / "pulled 6051"]*

I'm fairly certain that all the documents were sent to you previously regarding this seizure. ███ has sent you copies of the 6051 and 368 that relate to this seizure, and I am now sending you a copy of the search warrant. You should already have a copy of the indictment relating to this seizure.

Regarding DUNN's petition for the return of $40,000 U.S. currency that was seized from the trunk of one of his vehicles: That vehicle as well as the money has been indicted. In his petition, DUNN claims that he earned the money from the sale of two vehicles: a 2003 Ford conversion van and a Chevy Corvette. Both of those vehicles have also been indicted. He also adds that some of the money comes from his towing business.

There is overwhelming evidence that clearly demonstrates that Adrian DUNN was actively obtaining cocaine from Alejandro CORREDOR and thereafter distributing that cocaine in Kansas City. Further information has been developed that shows that DUNN gave the aforementioned vehicles, the conversion van and the Corvette, to Alejandro CORREDOR as payment for a drug debt. This is in complete contradiction to DUNN"S claim that part of the $40,000 was earned through the sale of those vehicles.

Hopefully this information will help you formulate a response to DUNN's petition.

---

**From:** ███
**Sent:** Tuesday, November 24, 2009 4:53 PM
**To:** ███
**Subject:** FW: 2009 4501 0000081 01

I called ███ regarding the below email to try and resolve as much of it as I could. I've faxed her copies of the 6051 and 368.

I know nothing about the petition. I believe you have the search warrants and I'll let you explain to her the status of the case.

---

**From:** ███
**Sent:** Tuesday, November 24, 2009 1:47 PM
**To:** ███
**Cc:** ███
**Subject:** 2009 4501 0000081 01

I never heard back from you about the petition. How do you want to respond to it?

11/30/2009

# EXHIBIT 2-B

# THE LAW OFFICE OF
# PETERS & PETERS, P.C.

600 East 8th Street, Suite 100   Kansas City, Missouri 64106-1627

Office: (816) 474-3600
Facsimile: (816) 474-3074

PATRICK W. PETERS  Licensed in Missouri and Kansas
SHELLEY M. PETERS  Licensed in Missouri

December 9, 2009

Adrian Dunn
Bates County Law Enforcement Center
P.O. Box 60
Butler, MO 64730

RE:   US vs. Adrian Dunn
      Case no. 09-00188-04-CR-W-NKL

Dear Adrian:

Please find enclosed copies of the two letters dated December 2nd from U.S. Customs and Border Protection regarding the petition denial.

Sincerely,

Chuck Brecunier

Chuck Brecunier
Paralegal to
Patrick W. Peters
Shelley M. Peters

Enclosure

4477 Woodson Road, Suite 200
St Louis, MO 63134

 **U.S. Customs and Border Protection**

(314) 428-2662 EXT. 207
FAX: (314) 428-2975

Date: December 2, 2009

Adrian Dunn
c/o Patrick Peters
600 East 8th, Suite A
Kansas City, Missouri 64106

RE: 2009 4501 000082 01

*( see petition in file dec 81 for $140,000 )*

Dear Sir:

Your client's petition (undated but received on September 4, 2009) has been denied due to the fact that this criminal case is still pending in the court system. Administrative Forfeiture proceedings have been held until pending the outcome of the case.

If for any reason you disagree with this formal action, you may file a supplemental petition within thirty (30) days from the date of this letter. Supplemental petitions must set forth <u>new</u> facts or evidence which justify reconsideration of our decision.

Sincerely,

Jaynie Zakibe
Fines, Penalties & Forfeitures Officer



4477 Woodson Road, Suite 200
St Louis, MO 63134

**U.S. Customs and Border Protection**

(314) 428-2662 EXT. 207
FAX: (314) 428-2975

Date: December 2, 2009

Adrian Dunn
c/o Patrick Peters
600 East 8th, Suite A
Kansas City, Missouri 64106

RE: 2009 4501 000081 01

Dear Sir:

Your client's petition (undated but received on September 4, 2009) has been denied due to the fact that this criminal case is still pending in the court system. Administrative Forfeiture proceedings have been held until pending the outcome of the case.

If for any reason you disagree with this formal action, you may file a supplemental petition within thirty (30) days from the date of this letter. Supplemental petitions must set forth new facts or evidence which justify reconsideration of our decision.

Sincerely,

*Jaynie Zakibe*

Jaynie Zakibe
Fines, Penalties & Forfeitures Officer

October 17, 2016

From: Adrian L. Dunn
Reg. No. 21571-045
F.C.C. Forrest City (Low)
P.O. Box 9000
Forrest City, AR 72336

To: Office of the Clerk
United States District Court
Western District of Missouri
400 East Ninth Street, Rm 1510
Kansas City, Missouri 64106

Re: United States v. Adrian L. Dunn, Civil Action No. 16-CV-00493-BCW
Cover Letter, 18 U.S.C. § 983(e) Administrative Forfeiture

Clerk of the Court:

Enclosed is an original copy of the Traverse in Response to the UNITED STATES' SUGGESTIONS IN OPPOSITION TO DEFENDANT DUNN'S MOTION TO SET ASIDE CERTAIN ADMINISTRATIVE FORFEITURES. The Petitioner would also like to inform this Honorable Court that he received the Government's opposition brief on October 6, 2016, which provides the Petitioner with 15-days from said date to file a traverse brief to respond to the such (October 21, 2016).

Please file the attached motion with this Honorable Court and provide me with confirmation. Thank you in advance for your time and courtesies in this matter.

Sincerely,

*Adrian L. Dunn Sr.*

Adrian L. Dunn, Reg. No. 21571-045