Adrian Dunn Sr
Federal Correctional Complex (Low)
P.O. Box 9000- LOW
Forrest CITY, AR 72336
United States

FEDERAL CORRECTIONAL INSTITUTION MEDIUM
DATE 10-17-16
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

U.S. Courthouse
400 E 9TH ST
Court OF Clerk ROOM 1510
Kansas CITY, MO 64106
United States

16-493
BCW


