# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ADRIAN DUNN,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>      Defendant. | Case No. 4:16-CV-00493-BCW |

## ENTRY OF APPEARANCE

In accordance with the Court's December 16, 2016 Order, D. Brenton Dwerlkotte of the law firm of Shook, Hardy & Bacon L.L.P. hereby enters his appearance as attorney of record on behalf of Plaintiff Adrian Dunn.

Dated:  December 23, 2016        Respectfully submitted,

                  _s/ Brent Dwerlkotte_
                  Mary Katherine Gates Calderon, MO Bar #60120
                  Brent Dwerlkotte, MO Bar # 62864
                  SHOOK, HARDY & BACON LLP
                  2555 Grand Blvd.
                  Kansas City, MO 64108
                  Phone:  816-474-6550
                  Fax:  816-421-5547
                  kgcalderon@shb.com
                  dbdwerlkotte@shb.com

                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2016, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will serve electronic notice upon all parties of interest.

                                                s/ Brent Dwerlkotte
                                                *Attorney for Plaintiff*