# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ADRIAN DUNN,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>       Defendant. | Case No. 4:16-CV-00493-BCW |

## ENTRIES OF APPEARANCE

In accordance with the Court's December 16, 2016 Order, Mary Katherine Gates Calderon of the law firm of Shook, Hardy & Bacon L.L.P. hereby enters her appearance as attorney of record on behalf of Plaintiff Adrian Dunn.

Dated: December 23, 2016       Respectfully submitted,

                     s/ Mary Katherine Gates Calderon
                     Mary Katherine Gates Calderon, MO Bar #60120
                     Brent Dwerlkotte, MO Bar # 62864
                     SHOOK, HARDY & BACON LLP
                     2555 Grand Blvd.
                     Kansas City, MO 64108
                     Phone: 816-474-6550
                     Fax: 816-421-5547
                     kgcalderon@shb.com
                     dbdwerlkotte@shb.com

                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2016, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will serve electronic notice upon all parties of interest.

                                                s/ Mary Katherine Gates Calderon
                                                          *Attorney for Plaintiff*