IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**Adrian L. Dunn**,

        Plaintiff;

    v.                                    Civil No. 16-0493-CV-W-BCW

**United States of America,**

        Defendant.

## GOVERNMENT'S MOTION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The government respectfully requests this Court to order the Clerk to issue a Writ of Habeas Corpus Ad Prosequendum in the above-entitled case. The government requests that the Writ command the, <u>Warden/Superintendent</u> of the <u>USP Forrest City, U.S. Penitentiary, 1400 Dale Bumper Road, Forrest City, Arkansas 72335</u>, to deliver to the custody of the United States Marshal, the plaintiff, <u>Adrian L. Dunn</u>, so that he may appear in the above-entitled case in accordance with the laws of the United States, and after having so appeared, to be returned to the aforementioned custody as directed by this Court. In support of this request, the United States avers the following:

### SUGGESTIONS IN SUPPORT

1. Plaintiff is presently incarcerated at the USP Forrest City Low, 1400 Dale Bumper Road, Forrest City, Arkansas 72335.

2. Plaintiff Adrian L. Dunn was sentenced on October 6, 2011. Plaintiff has filed a civil action regarding the forfeiture of his property by the United States. The current proceedings are related to the criminal case that the plaintiff was sentenced under.

3. Plaintiff Adrian L. Dunn has a scheduled court appearance for July 18, 2017.

## CONCLUSION

WHEREFORE, the government respectfully requests this Court order the Clerk to issue a Writ of Habeas Corpus Ad Prosequendum in the above-entitled case.

Respectfully submitted,

Thomas M. Larson
United States Attorney

By      /s/ James Curt Bohling

James C. Bohling
Chief, Monetary Penalties Unit
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, Missouri  64106
Telephone: (816) 426-3122