# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

**Adrian L. Dunn**,

      Plaintiff;

      v.

**United States of America,**

      Defendant.

Civil No. 16-0493-CV-W-BCW

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon application of the United States Attorney, by Assistant United States Attorney James Curt Bohling, for the Western District of Missouri, the clerk is hereby ordered to issue a writ of habeas corpus ad prosequendum directed to the USP Forrest City, U.S. Penitentiary, 1400 Dale Bumpers Road, Forrest City, AR 72335, and to the United States Marshal for the Western District of Missouri, or any other authorized officer, to produce one Adrian L. Dunn, Inmate No. 21571-045, now confined at the USP Forrest City, U.S. Penitentiary, 1400 Dale Bumpers Road, Forrest City, AR 72335, in the custody of the warden or the person there in charge, before the

    [ ] United States Magistrate

    [X] United States District Court

    [ ] United States Grand Jury

at Kansas City, Missouri,

    [ ] forthwith

    [X] at 9:00 a.m., on July 18, 2017,

or at any time thereafter as the Court may direct so that said person may appear in accordance with law in the above-entitled cause; and after said person shall have so appeared to return said person to the aforementioned custody as may be directed by this Court.

Dated this 3rd day of May, 2017.

 /s/Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT