# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ADRIAN DUNN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | Case No. 4:16-CV-00493-BCW |

## ENTRY OF APPEARANCE

COMES NOW Andrew D. Carpenter of the law firm of Shook, Hardy & Bacon L.L.P. hereby enters his appearance as attorney of record on behalf of Plaintiff Adrian Dunn.

Dated: July 12, 2017                                         Respectfully submitted,

                                                                 s/ Andrew D. Carpenter
                                              Andrew D. Carpenter, MO Bar #48454
                                              Mary Katherine Gates Calderon, MO Bar #60120
                                              Brent Dwerlkotte, MO Bar # 62864
                                              SHOOK, HARDY & BACON LLP
                                              2555 Grand Blvd.
                                              Kansas City, MO 64108
                                              Phone:  816-474-6550
                                              Fax:  816-421-5547
                                              acarpenter@shb.com
                                              kgcalderon@shb.com
                                              dbdwerlkotte@shb.com

                                              *Attorneys for Plaintiff*

1016969

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July, 2016, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will serve electronic notice upon all parties of interest.

        s/ Andrew D/ Carpenter
        *Attorney for Plaintiff*