IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Adrian Dunn,**<br>  Plaintiff;<br><br>v.<br><br>**United States of America,**<br>  Defendant. | Case No. 16-CV-00493-BCW |

## UNITED STATES' DESIGNATION OF RELEVANT TRIAL TRANSCRIPT EXCERPTS

The United States of America, through Thomas M. Larson, Acting United States Attorney for the Western District of Missouri, and James Curt Bohling, Assistant United States Attorney, and Chief, Monetary Penalties Unit, provides the following designation of excerpts of the trial transcript in *United States v. Charles, et al.,* 09-0188-CR-W-NKL, for consideration in conjunction with the hearing in the above-captioned matter:

## DESIGNATIONS

Transcript I, February 14, 2011 (ECF No. 673): Testimony of HSI Special Agent Mark King, pages 121, 131, 143, 151, 159.

Transcript II, February 15, 2011 (ECF No. 674): Testimony of HSI Special Agent Mark King, pages 189, 191, 197-199; Testimony of Detective Joseph Daneff, Kansas City Police Department, pages 292, 294-296;

Testimony of Special Agent James Green, Bureau of Alcohol, Tobacco, and Firearms, pages 332-341; Testimony of Detective Joe Christianson, City of Independence, Missouri; pages 344-352; Testimony of Special Agent Matthew Wilson, Bureau of Alcohol, Tobacco, and Firearms, pages 353-355, 360, 363; Testimony of Travis Glaser, Special Agent, IRS-Criminal Investigations, pages 369-372; Testimony of Vicki Asher, retired, formerly a Special Agent with Immigration and Custom Enforcement, pages 376-383, 397; Testimony of Alejandro Corredor, pages 411, 438-439, 447-448, 453, 459-462.

Transcript III, February 16, 2011 (ECF No. 675). Testimony of Alejandro Corredor, pages 473-493, 497-501, 505-508, 511-512, 515-516, 522-523, 590-591, 651; Testimony of Keith Rayford, pages 656-660; Testimony of Terrance Harris, pages 663-676.

Respectfully Submitted,

Thomas M. Larson
Acting United States Attorney

By  */s/ James Curt Bohling*

James Curt Bohling
Assistant United States Attorney
Chief, Monetary Penalties Unit
Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
(816) 426-3122

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on July 11, 2017, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ James Curt Bohling*
James Curt Bohling
Assistant United States Attorney