UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ADRIAN DUNN,

                Plaintiff,

v.

UNITED STATES OF AMERICA

                Defendant.

Case No. 4:16-CV-00493-BCW

## NOTICE OF APPEARANCE

I, **Anna El-Zein**, certify that I am in good standing in a law school approved by the American Bar Association; have completed legal studies amounting to 3 semesters; am sponsored by a supervising attorney in good standing of the Missouri Bar; and have read and agree to abide by the Local Rules, all applicable codes of professional responsibility, and all relevant federal practice rules.

  Anna El-Zein
Name

7/13/17
Date

Signature

I, **Brent Dwerlkotte**, certify that I am in good standing of the Missouri Bar; assume personal professional responsibility for the conduct of the student being supervised; will co-sign all pleadings, papers, and documents prepared by the student; will advise the Court of the student's participation in accordance with Rule 83.7(c); be present with the student at all times in court; and will be prepared to supplement oral or written work of the student as requested by the Court or necessary to ensure proper representation of the client.

I have advised the client that the law student will make an appearance and that the client has consented to the participation of the law student intern.

  Brent Dwerlkotte
Name

7-13-17
Date

Signature

62864
MO Bar Number

1017201 v1