# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ADRIAN DUNN, | |
| Plaintiff, | |
| v. | Case No. 16-CV-00493-BCW |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## GOVERNMENT'S LIST OF EXHIBITS

Comes now the United States of America by the undersigned counsel and files the attached list of exhibits which the Government may offer at the hearing and requests leave to amend this list as needed.

    Respectfully submitted,

    Thomas M. Larson
    Acting United States Attorney

By:   /s/  *James Curt Bohling*

    James Curt Bohling
    Assistant United States Attorney

    Charles Evans Whittaker Courthouse
    400 East Ninth Street, Fifth Floor
    Kansas City, Missouri 64106
    Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on July 17, 2017, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                      */s/ James Curt Bohling*
                                      James Curt Bohling
                                      Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

ADRIAN DUNN,

                Plaintiff,

    v.                                  Case No. 16-CV-00493-BCW

UNITED STATES OF AMERICA,

                Defendant.

**E X H I B I T S**

| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, <u>de</u> <u>bene</u>. |
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Transcript designations from Trial Transcript I, February 14, 2011 |
| 2 | | | | Transcript designations from Trial Transcript II, February 15, 2011 |
| 3 | | | | Transcript designations from Transcript III, February 16, 2011 |
| 4 | | | | .wav file of intercepted conversation, June 9, 2009, 8:50 p.m., between Corredor and Dunn (trial exhibit 123) |
| 5 | | | | Transcript of Ex. 4 call (trial exhibit 124) |
| 6 | | | | Photograph of car (trial exhibit 220) |
| 7 | | | | Photograph of car and garage (trial exhibit 243) |
| 8 | | | | Photograph of money in trunk (trial exhibit 244) |
| 9 | | | | Photograph of money in bag (trial exhibit 245) |
| 10 | | | | Photograph of money in bag on speaker (trial exhibit 246) |
| 11 | | | | Photograph of money in bag being held (trial exhibit 247) |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____                                    _____

PRINTED NAME                                                  SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 12 | | | | Photograph of back of car (trial exhibit 248) |
| 13 | | | | Report of Investigation, Corredor proffer, 9/23/2009 |