# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## CIVIL MINUTE SHEET

**ADRIAN DUNN**  　　　　　　　　　　　　　Case No: 16-00493-CV-W-BCW
**vs.**

**UNITED STATES OF AMERICA**  　　　　　Date:　July 18, 2017

**Honorable Brian C. Wimes, presiding at Kansas City, Missouri**

**Nature of Hearing:**　Evidentiary hearing

**Time Commenced:**　9:00 a.m.　　　　　**Time Terminated:** 2:00 p.m.

### APPEARANCES

**Plaintiff's counsel:** Brent Dwerlkotte, Andrew Carpenter, Anna El-Zein (law student)
**Defendant's counsel:** James C. Bohling, Phil Hiscock

**PROCEEDINGS:** Above parties present. Opening remarks. Evidence presented. 11:10 a.m. Court in recess. 11:30 a.m. Court reconvenes. Evidence continues. 12:18 p.m. Government rests. 12:27 p.m. Court in recess for lunch. 1:20 p.m. Court reconvenes. Plaintiff rests. Court orally vacates and sets aside the administrative forfeiture with respect to the property as stated on the record; order to issue. Matter taken Under Advisement; parties to submit additional briefing pursuant to the schedule as stated on the record with an extension of time being granted, if necessary, along with proposed findings of fact. 2:00 p.m. Court adjourns.

**Witnesses:** Mark R. King
**Court Reporter:**　Denise Halasey
**Courtroom Deputy:** Joella Baldwin