UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ADRIAN DUNN,

    Plaintiff,

v.

    Case No. 4:16-CV-00493-BCW

UNITED STATES OF AMERICA

    Defendant.

## PLAINTIFF'S EXHIBIT LIST (Evidentiary Hearing)

| ☐ = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>DB = admitted, de bene | | | | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn | Stip to Found | Stip to Admiss |
|---|---|---|---|---|---|---|
| Exhibit No. | Action Taken | Date | Time | Description | | |
| 1 | | | | Office of the Inspector General: Review of the Dept's Oversight of Cash Seizure & Forfeiture Activities (74 pages) | | |
| 2 | | | | Caprice Title & Owners' Registration Receipt (3 pages) | | |
| 3 | | | | Auto Insurance ID Card & Payment Documentation (3 pages) | | |
| 4 | | | | Caprice Owners' Manual & Warranty Information (5 pages) | | |
| 5 | | | | Missouri Vehicle Titling (4 pages) | | |
| 6 | | | | AD Towing Articles of Inc. & EIN # (4 pages) | | |
| 7 | | | | AD Towing Receipts, Company Insurance, & Business Card (5 pages) | | |
| 8 | | | | AD Home Remodeling EIN # (2 pages) | | |
| 9 | | | | AD Detailing Business Zoning Clearance (2 pages) | | |
| 10 | | | | Commercial Lease Agreement (6 pages) | | |
| 11 | | | | Adrian's Proof of Purchase of Trailer (2 pages) | | |
| 12 | | 7-18-17 | | Suppression Hearing Transcript (59 pages) | | |
| 13 | | | | Detective Daneff's Investigative Report (9 pages) | | |

7/18/17 Brent Dwerlkotte  x  [signature]

8289693

| □ = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>DB = admitted, de bene | | | | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn | Stip to Found | Stip to Admiss |
|---|---|---|---|---|---|---|
| 14 | | | | Emails between Agent King and Jaynie Zakibe re: vehicle storage facility (1 page) | | |
| 15 | | | | Emails between Agent King and Jaynie Zakibe re: "innocent owner" (1 page) | | |
| 16 | | | | U.S. Customs and Border Protection Hold Harmless Release Agmt; letter re: release agmt; seized asset claim form; CAFRA form (4 pages) | | |
| 17 | | | | DOJ Application for Transfer Forfeited Property (3 pages) | | |
| 18 | | | | Emails between Agent King and Jaynie Zakibe re: Dunn's forfeiture claim (1 page) | | |
| 19 | | | | Email from Agent King to Jaynie Zakibe re: administrative forfeiture of Mr. Dunn's property (1 page) | | |
| 20 | | | | Government forms re: sale of Caprice (4 pages) | | |
| 21 | | | | Government forms re: sale of Corvette (6 pages) | | |
| 22 | | | | ICE Report of Investigation - list of items seized from execution of search warrant (3 pages) | | |
| 23 | ✓ | 7·18·17 | 11:39 | Photo 204: Rear of Toyota Sienna Van | | |
| 24 | ✓ | " | 11:43 | Photo 205: Panel of Toyota Sienna Van | | |
| 25 | ✓ | " | | Photo 206: Close-up of van panel | | |
| 26 | ✓ | " | | Photo 207: Open van panel showing wrapped bricks inside | | |
| 27 | ✓ | " | | Photo 208: Wrapped cash | | |
| 28 | ✓ | " | ↓ | Photo 209: Close-up of wrapped cash | | |
| 29 | | | | Photo 210: Wrapped cash inside van | | |
| 30 | | | | Photo 215: 8717 Kentucky address | | |
| 31 | | | | Photo 220: 1974 Chevy Caprice | | |
| 32 | | | | Photo 221: Photo of refrigerator inside 8717 Kentucky | | |
| 33 | | | | Photo 222: Wrapped plastic bag in freezer | | |
| 34 | | | | Photo 228: Marijuana in plastic bag | | |
| 35 | | | | Photo 229: Black tar heroin | | |

8289693

2

Case 4:16-cv-00493-BCW   Document 35   Filed 07/17/17   Page 2 of 4
Case 4:16-cv-00493-BCW   Document 39   Filed 07/18/17   Page 2 of 3

| □ = offered & admitted w/o objection<br>Ex = offered, but objected to and excluded<br>DB = admitted, de bene | | | | Ltd = admitted for limited purposes<br>X = offered & admitted over objection<br>NO = marked, but not offered<br>WD = offered then withdrawn | Stip to Found | Stip to Admiss |
|---|---|---|---|---|---|---|
| 36 | | | | Photo 230: Pistol on couch | | |
| 37 | | | | Photo 234: Jacket from closet | | |
| 38 | | | | Photo 236: Pistol in pocket | | |
| 39 | | | | Photo 240: ADT security services w/ Mr. Dunn's info | | |
| 40 | | | | Photo 243: Open garage w/ 1974 Chevy Caprice | | |
| 41 | | | | Photo 244: Plastic bag in trunk of Caprice | | |
| 42 | | | | Photo 245: Close-up of plastic bag | | |
| 43 | | | | Photo 247: Money in plastic bag | | |
| 44 | | | | Photo 249: Air mattress in bedroom | | |
| 45 | | | | Criminal Trial Transcript p. 559, 560 | | |
| 46 | | | | Insurance information for Chevy Corvette (2 pages) | | |
| 47 | | 7-18-17 | | affidavit for probable cause of Mark King p. 26 | | |
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| D1 | | | | Demonstrative Exhibit 1 – PowerPoint Slides | | |

Dated: July 17, 2017

Respectfully submitted,

s/ Brent Dwerlkotte
Andrew D. Carpenter, MO Bar #48454
Brent Dwerlkotte, MO Bar # 62864
Anna El-Zein, Law Student
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
acarpenter@shb.com
dbdwerlkotte@shb.com

***Attorneys for Plaintiff***

8289693

3

Case 4:16-cv-00493-BCW   Document 35   Filed 07/17/17   Page 3 of 4
Case 4:16-cv-00493-BCW   Document 39   Filed 07/18/17   Page 3 of 3