IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ADRIAN DUNN,

    Plaintiff,

v.                                         Case No. 16-CV-00493-BCW

UNITED STATES OF AMERICA,

    Defendant.

**Government's (Defendant's) EXHIBITS (Evidentiary Hearing)**

| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, de bene. |
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Transcript designations from Trial Transcript I, February 14, 2011 |
| 2 | | | | Transcript designations from Trial Transcript II, February 15, 2011 |
| 3 | | | | Transcript designations from Transcript III, February 16, 2011 |
| 4 | X | 7·18·17 | 10:15am | .wav file of intercepted conversation, June 9, 2009, 8:50 p.m., between Corredor and Dunn (trial exhibit 123) |
| 5 | X | " | 10:15am | Transcript of Ex. 4 call (trial exhibit 124) |
| 6 | ✓ | " | 10:23a | Photograph of car (trial exhibit 220) |
| 7 | ✓ | " | 10:23a | Photograph of car and garage (trial exhibit 243) |
| 8 | X | " | 10:24a | Photograph of money in trunk (trial exhibit 244) |
| 9 | X | " | 10:25a | Photograph of money in bag (trial exhibit 245) |
| 10 | X | " | 10:26a | Photograph of money in bag on speaker (trial exhibit 246) |
| 11 | X | " | 10:26a | Photograph of money in bag being held (trial exhibit 247) |

I certify that I have this date   7·18·17   received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

James L Bohling
PRINTED NAME                                                     SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 12 | X | 7·18·17 | 10:27a | Photograph of back of car (trial exhibit 248) |
| 13 | | | | Report of Investigation, Corredor proffer, 9/23/2009 |
| 14 | ✓ | " | 10:30a | Title of Caprice |
| 15 | ✓ | " | 10:30a | Title of Corvette |