# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Adrian Dunn**, | |
| Plaintiff; | |
| v. | Case No.16-CV-00493-BCW |
| **United States of America**, | |
| Defendant. | |

## UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO FILE A POST-HEARING BRIEF

The United States of America, by its attorneys, Thomas M. Larson, Acting United States Attorney, and James Curt Bohling, Assistant United States Attorney and Chief, Monetary Penalties Unit, moves for an extension of time until Friday, July 28, 2017, in which to file a Post-Hearing Brief. In support of this Motion, the United States provides the following suggestions:

### Suggestions in Support

At the close of the evidentiary hearing on this case on July 18, 2017, the Court set a schedule for filing Post-Hearing Briefs and other documents. The United States Post-Hearing Brief is currently due on July 26, 2017. However, the brief has proven to involve complex legal issues, and the undersigned AUSA has had a number of priority matters also pending in the interim. The United States would request two additional days, until Friday, July 28, 2017, in which to submit its Post-Hearing Brief in this matter.

Respectfully submitted,

Thomas M. Larson
Acting United States Attorney

By      */s/ James Curt Bohling*

James Curt Bohling
Chief, Monetary Penalties Unit
Assistant United States Attorney
400 E. 9th Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and thereby served upon all parties.

*/s/ James Curt Bohling*

James Curt Bohling
Chief, Monetary Penalties Unit
Assistant United States Attorney

- 2 -