IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Adrian Dunn**, | |
| Plaintiff; | |
| v. | Case No.16-CV-00493-BCW |
| **United States of America**, | |
| Defendant. | |

## UNITED STATES' MOTION FOR A SECOND EXTENSION OF TIME TO FILE A POST-HEARING BRIEF

The United States of America, by its attorneys, Thomas M. Larson, Acting United States Attorney, and James Curt Bohling, Assistant United States Attorney and Chief, Monetary Penalties Unit, moves for an extension of time until Monday, July 31, 2017, in which to file a Post-Hearing Brief. In support of this Motion, the United States provides the following suggestions:

### Suggestions in Support

At the close of the evidentiary hearing on this case on July 18, 2017, the Court set a schedule for filing Post-Hearing Briefs and other documents. The United States Post-Hearing Brief is currently due on July 26, 2017. The United States requested, as was granted, an extension of time until July 28, 2017, to file the brief.

The United States requests one additional extension of time to file the brief, until July 31, 2017. The brief is largely completed, but as noted, the legal issues raised are complex ones of first impression, and the brief has taken longer to complete than anticipated. The United States will not request any additional extensions.

Respectfully submitted,

Thomas M. Larson
Acting United States Attorney

By  */s/ James Curt Bohling*

James Curt Bohling
Chief, Monetary Penalties Unit
Assistant United States Attorney
400 E. 9th Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and thereby served upon all parties.

*/s/ James Curt Bohling*

James Curt Bohling
Chief, Monetary Penalties Unit
Assistant United States Attorney