Oral Argument Recording that I'm going to need For ~~Party~~ Paralegal to File A motion For $25.00

Oral Arguments
Recordings
www.ca8.us.
courts.gov.
#11-3256       Judges Riley
Feb 12 2013    Loken Shepherd

                          816-797-5777
                          Renee Dunn
        7626 B       For Adrian Dunn


*must be returned Tomorrow 8/2/17

Case 4:16-cv-00493-BCW   Document 46   Filed 08/04/17   Page 1 of 1