# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ADRIAN DUNN,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>       Defendant. | Case No. 4:16-CV-00493-BCW |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

  Plaintiff Adrian Dunn moves that the Court grant him an extension of time up to and including August 28, 2017, within which to respond to the United States' Post-Hearing Brief. In support, Plaintiff states as follows:

  1. Plaintiff's response to the United States' Post-Hearing brief is due on August 14, 2017.

  2. Counsel for Plaintiff needs additional time to analyze the United States' brief and prepare his response due to the complexity of the issues involved.

  3. Counsel for Plaintiff has conferred with counsel for the United States and counsel has no objection to the requested extension of time.

  4. Plaintiff has not sought any prior extension of time.

  Wherefore, Plaintiff asks the Court to grant him an extension of time up to and including August 28, 2017, within which to respond to the United States' Post-Hearing Brief.

Dated: August 9, 2017              Respectfully submitted,

   s/ Brent Dwerlkotte
Andrew D. Carpenter, MO Bar #48454
Brent Dwerlkotte, MO Bar # 62864
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Phone: 816-474-6550
Fax: 816-421-5547
acarpenter@shb.com
dbdwerlkotte@shb.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of August, 2017, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will serve electronic notice upon all parties of interest.

   s/ Brent Dwerlkotte
*Attorney for Plaintiff*