IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| ADRIAN DUNN, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-CV-00493-BCW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

   X   **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

IT IS ORDERED AND ADJUDGED, the administrative forfeiture is set aside pursuant to 18 U.S.C. § 983 (e)(5), consistent with the order entered by the Honorable Brian C. Wimes on December 4, 2017.

AT THE DIRECTION OF THE COURT

December 4, 2017             /s/Paige Wymore-Wynn
Dated                                 Court Executive

May 18, 2018                 By: Joella Baldwin
Entered                                 Deputy Clerk