Adrian L. Dunn Sr. #21571-045
United States Prison Satellite Camp
P.O. Box 1000
Marion, IL 62959



⇔21571-045⇔
U S Courthouse
400 E 9TH ST
Court OF Clerk ROOM 1510
Kansas CITY, MO 64106
United States



Case 4:16-cv-00493-BCW   Document 57   Filed 09/09/21   Page 1 of 4

September 6, 2021

Adrian Dunn #21571-045
USP Marion (SCP)
P.O. Box 1000
Marion, IL 62959

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Re: DUNN v U.S. No. 4:16-CV00493-BCW

Dear Clerk:
  Please find enclosed Motion Objecting To Government's Calculation of Interest. Please file the same as soon as practical and thereafter please send notice (docket sheet) of receipt and filing.

Thank you for your time and any assistance in this matter.

Sincerely,

*Adrian L. Dunn Jr.*
Adrian Dunn

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ADRIAN DUNN, )
 )
 Plaintiff, )
 )
v ) No. 4:16-CV00493-BCW
 )
 )
UNITED STATES OF AMERICA, )
 )
 Defendant. )

## MOTION OBJECTING TO GOVERNMENT'S CALCULATION OF INTEREST

Comes now, Adrian Dunn, Plaintiff, pro se, and hereby brings his objection to the Government's calculation of interest and in support of states the following:

1. U.S. Immigration and Customs Enforcement ("ICE") agents excuted a search warrant and seized property belonging to Plaintiff that consisted of a 1974 Chevrolet Caprice, a 2005 Chevrolet Corvette, and $41,000 in U.S. currency.

2. The 1974 Chevrolet Caprice was sold at auction by Defendants for $5,600.

3. The 2005 Chevrolet Corvette was sold at auction by Defendants for $23,700.

4. During a hearing on July 18, 2017, and the Government conceded that the administrative forfeiture of the Caprice,

1

Corvette, and $41,000 in U.S. currency was improper in relation to Plaintiff's request for return of property.

5. Subsequently in 2021, the Government determined that Plaintiff's property had gained interest in the total amount of less than $2,000 although nearly thirteen years has passed.

6. Plaintiff calculated that this amount pertains to the yearly amount of interest that his property has gained. Further, that Defendants have had in their possession which is nearly $71,000 for nearly thirteen years, property which belongs to him and Plaintiff should receive nearly $2,000 per year in interest for his personal property.

7. Therefore, Plaintiff respectfully objects to the Government's calculation of total interest.

Dated: September 6, 2021

Respectfully submitted,

Adrian Dunn
USP Marion (SCP)
P.O. Box 1000
Marion, IL 62959

2