IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURII
WESTERN DIVISION

| | | |
|---|---|---|
| ADRIAN DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16-CV-00493-BCW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff Adrian Dunn's Motion Objecting to the Government's Calculation of Interest. (Doc. #57) in which Plaintiff argues the Government improperly calculated the interest of property returned to Plaintiff pursuant to the December 4, 2017 judgment in this case (Doc. #53). Plaintiff offers no legal or factual basis for his objection to the calculation of interest, and the Court therefore denies the motion. Accordingly, it is hereby

ORDERED Plaintiff's Motion Objecting to the Government's Calculation of Interest (Doc. #57) is DENIED.

IT IS SO ORDERED.

Date: March 4, 2022 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT